# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| HENRY JAMES, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00442 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| VA. DEP'T OF CORR., *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that the defendants' motions to dismiss (dkts. 35, 62) and for summary judgment (dkt. 51) are **GRANTED**. The case is **DISMISSED** and the Clerk is directed to remove it from the Court's active docket.

The Clerk of the Court is directed to send a copy of this order and accompanying memorandum opinion to the parties.

**ENTER:** This __28th__ day of March, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE